

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00521-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF B.C.** As a
Mentally Ill Person

From the Probate Court No. 1, Bexar County, Texas
Trial Court No. 2013MH2217
Honorable Polly Jackson Spencer, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED October 23, 2013.

_____
Rebeca C. Martinez, Justice